FILED
CLERK, U.S. DISTRICT COURT
JUL - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GRACIA,<br><br>               Plaintiff,<br><br>     v.<br><br>HANNIFA CASSIM, M.D. and<br>JUNAID FITTER, M.D.,<br><br>              Defendants. | Case No.  CV07-5239-FMC (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is DENIED; and (2) defendants are ORDERED to file an Answer to the Complaint within twenty (20) days of this Order.

DATED: _July 1, 2008_

_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE