# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GRACIA,<br><br>    Plaintiff,<br><br>  v.<br><br>J. FITTER, et al.,<br><br>    Defendants. | Case No. CV 07-5239-JHN (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections to the Report and Recommendation, and the Court has made a de novo determination of those portions of the Report and Recommendation to which Plaintiff has objected. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

  IT IS HEREBY ORDERED that: (1) The motions of Defendants Fitter and Cassim for summary judgment pursuant to Fed. R. Civ. P. 56 are GRANTED; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: May 3, 2010

                        JACQUELINE H. NGUYEN
                        UNITED STATES DISTRICT JUDGE