# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARK GRACIA,

    Plaintiff,

v.

J. FITTER, et al.,

    Defendants.

Case No. CV 07-5239-JHN (JEM)

**J U D G M E N T**

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 3, 2010

                        JACQUELINE H. NGUYEN
                        UNITED STATES DISTRICT JUDGE